IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUPREY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BUCKS COUNTY** | : | **NO.: 24-cv-5989** |

## O R D E R

**AND NOW**, this **9th** day of **JANUARY 2025**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Mia Roberts Perez to the calendar of the Honorable Catherine Henry.

FOR THE COURT:

**MITCHELL S. GOLDBERG**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**