### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIAN DUPREY, <br><br> Plaintiff, <br><br> v. <br><br> BUCKS COUNTY, <br><br> Defendant. | CIVIL ACTION <br><br> CASE NO.: 24-5989 |

### STIPULATION FOR AMENDMENT OF PLEADING

It is hereby stipulated pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, by and between Traci M. Greenberg and Samantha Pankey Martin, counsel for Plaintiff, and Jaclyn C. Grieser, counsel for Defendant, that Plaintiff may file his First Amended Complaint, adding claims under the Pennsylvania Human Relations Act, a copy of which is attached hereto. The parties consent to use of electronic signatures on this Stipulation.

| | |
|---|---|
| */s/ Traci M. Greenberg* <br> Traci M. Greenberg, Esq. <br> Attorney I.D. No.: 86396 <br> Samantha Pankey Martin, Esq. <br> Attorney I.D. No.: 330414 <br> 8 Interplex Dr., Suite 210 <br> Feasterville-Trevose, PA 19053 <br> *Attorneys for Plaintiff* | */s/ Jaclyn C. Grieser* <br> Jaclyn C. Grieser, Esq. <br> Attorney I.D. No.: 93358 <br> Bucks County Law Department <br> 55 E. Court Street <br> Doylestown, PA 18901 <br> *Attorneys for Defendant* |

The foregoing Stipulation is hereby **APPROVED** as an Order of the Court.

*s/Catherine Henry*  1/23/2025
The Honorable Catherine Henry, U.S.D.J.